JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

Alfred McZeal, Jr.,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC; OCWEN FEDERAL BANK FSB; OPTION ONE MORTGAGE CORPORATION; Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2; WESTERN PROGRESSIVE, LLC; WESTERN PROGRESSIVE TRUSTEE, LLC; LETICIA ARIAS,

    Defendants.

Case No.: 2:22-cv-08760-JFW-PDx

**JUDGMENT OF DISMISSAL**

    Pursuant to the Court's February 8, 2023 *Civil Minutes* [Doc. 56] granting *Defendants* PHH Mortgage Corporation ("PHH"), successor by merger to Ocwen Loan Servicing, LLC ("Ocwen"),[1] Wells Fargo Bank, National Association, as Trustee for Option One Mortgage Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2 ("Wells Fargo"), Western Progressive, LLC ("Western Progressive"),[2] and Leticia Arias's ("Arias," and together with PHH, Wells Fargo, and Western

---

[1] Erroneously sued as both Ocwen Loan Servicing, LLC and Ocwen Federal Bank FSB.
[2] Erroneously sued as both Western Progressive, LLC and Western Progressive Trustee, LLC.

1
JUDGMENT OF DISMISSAL

Case No.: 2:22-cv-08760-JFW-PD

21745078.1

Progressive, the "Defendants") *Motion to Dismiss Plaintiff's Complaint* [Doc. 41], and the Court's separately issued *Statement of Decision* [Doc. 57], and Federal Rules of Civil Procedure 54 and 58,

**IT IS ORDERED** that this action is dismissed **with prejudice**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is hereby entered in favor of Defendants and against *plaintiff* Alfred McZeal, Jr., who shall take nothing by way of this action.

**IT IS FURTHER ORDERED** that Defendants may pursue an award of costs in accordance with the Federal Rules of Civil Procedure and Local Civil Rules.

**IT IS SO ORDERED.**

Dated: February 22, 20023

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE